■ In the Matter of TODD S. STALL (Admitted as TODD SIMON STALL), a Disbarred Attorney. [999 NYS2d 896]—

Motion by Todd S. Stall for reinstatement to the bar as an attorney and counselor-at-law. Mr. Stall was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Third Judicial Department on January 20, 1981, under the name Todd Simon Stall. By opinion and order of this Court dated May 9, 2006, Mr. Stall was disbarred upon his resignation and his name was stricken from the roll of attorneys and counselors-at-law, effective immediately (*see Matter of Stall,* 31 AD3d 39 [2006]). By decision and order on motion of this Court dated January 24, 2014, Mr. Stall's motion for reinstatement was held in abeyance and the matter was referred to the Committee on Character and Fitness to investigate and report on his current fitness to practice law.

Upon the papers filed in support of the motion and the papers filed in relation thereto, and the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Todd Simon Stall is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Todd Simon Stall to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Austin, JJ., concur.